IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOUTHWEST DOCTORS, P.A., § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:07-cv-01286 |
| § | |
| AEM, INC. D/B/A MIRABILIS HR and § | |
| COMMON PAYMASTER H CORPORATION, § | |
| Defendants. § | |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE EWING WERLEIN, JR.,
UNITED STATES DISTRICT JUDGE:

**COMES NOW** the defendants AEM, inc. d/b/a Mirabilis HR and Common Paymaster H Corporation, and file their Disclosure of Interested Parties, as follows:

1. The following includes a list of all persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities known to AEM, Inc. d/b/a Mirabilis HR and Common Paymaster H Corporation at this time that have a financial interest in the outcome of this litigation:

    (a) William West, Trustee on behalf of the creditors of Plaintiff;

    (b) Owners of the Plaintiff professional association; and

    (b) Shareholders in the Defendants' Corporations.

Defendants will amend their disclosure should new parties be added or if additional persons or entities that are financially interested in the outcome of this litigation.

Respectfully submitted,

s/ Kent C. Krause
Kent C. Krause
Attorney-in-Charge
State Bar No. 11714600
Southern District of Texas Bar No. 21121
3100 Monticello Avenue, Suite 550
Dallas, TX 75205
(214) 750-3555
(214) 750-3551 (fax)
kkrause@cdklawfirm.com

**ATTORNEYS FOR DEFENDANTS
AEM, INC. D/B/A MIRABILIS HR and
COMMON PAYMASTER H CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all interested parties and/or counsel of record listed below in accordance with the Federal Rules of Civil Procedure on this 27th day of April, 2007.

Joel W. Mohrman
John L. Verner
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002

s/ Kent C. Krause
Kent C. Krause