IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTHWEST DOCTORS, P.A. | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No.: 4:07-cv-01286 |
| | § | |
| AEM, INC. D/B/A MIRABILIS HR and | § | |
| COMMON PAYMASTER H CORPORATION, | § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE:

The plaintiff, Southwest Doctors, P.A. and the defendants, AEM, Inc. d/b/a Mirabilis HR

and Common Paymster H Corporation file this Stipulation of Dismissal Without Prejudice and

show the court:

1.      The plaintiff no longer desires to prosecute this case against the defendants and is

dismissing without prejudice its claims against the defendants effective immediately.

2.      The defendants have answered and agree to the dismissal.

3.      This case is not a class action.

Respectfully submitted,

**McGLINCHEY STAFFORD, PLLC**     **CRADDOCK, DAVID & KRAUSE, LLP**

By: /s/ Joel W. Mohrman
 **JOEL W. MOHRMAN**                       By: /s/ Kent C. Krause
 State Bar No. 14253500                         **KENT C. KRAUSE**
 **JOHN L. VERNER**                             State Bar No. 11714600
 State Bar No. 20549500                         3100 Monticello Ave., Suite 550
 1001 McKinney, Suite 1500                     Dallas, Texas 75205
 Houston, Texas 77002                           Telephone: (214) 750-3550
 Telephone:   (713) 520-1900                   Telefax: (214) 750-3551
 Telefax:      (713) 520-1025

 **ATTORNEYS FOR DEFENDANTS,**
 **ATTORNEYS FOR PLAINTIFF,**          **AEM, INC. D/B/A MIRABILIS HR AND**
 **SOUTHWEST DOCTORS, P.A.**           **COMMON PAYMSTER H CORPORATION**

161635.1; 020846.0032

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all interested parties and/or counsel of record listed below in accordance with the Federal Rules of Civil Procedure on this the 29th day of August, 2007.

Kent C. Krause
CRADDOCK, DAVID & KRAUSE, LLP
3100 Monticello Ave., Suite 550
Dallas, Texas 75205

Mark Schneider
Waldron & Schneider, LLP
15150 Middlebrook Driv
Houston, Texas 77058

/s/ Joel W. Mohrman